NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DELPHIX CORP.,**
*Appellant*

**v.**

**JOSEPH MATAL, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2016-2063, 2016-2064, 2016-2065, 2016-2069

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00014, IPR2015-00016, IPR2015-00019, IPR2015-00034.

---

## JUDGMENT

---

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for appellant. Also represented by SAINA S. SHAMILOV; TODD RICHARD GREGORIAN, PHILLIP JOHN HAACK, San Francisco, CA.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, BRIAN RACILLA, COKE MORGAN STEWART.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* LOURIE and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  December 12, 2017  
         Date

/s/ Peter R. Marksteiner  
 Peter R. Marksteiner  
 Clerk of Court